PEARSON, MJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ABDELSHAHID, | ) | CASE NO.   1:08CV01480 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE ECONOMUS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE PEARSON |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendants. | ) | **REPORT AND RECOMMENDATION** |

This matter is before the Court on a Joint Stipulation For Attorney Fees filed by

the parties, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No.

24. District Court Judge Peter C. Economus referred the matter to the undersigned Magistrate

Judge for the generation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(3),

Federal Rule of Civil Procedure 72(b) and Local Rule 72.  ECF No. 23.

## I.  Background

Plaintiff Michael Abdelshahid ("Plaintiff"), filed a complaint on June 19, 2008 seeking

judicial review of the Social Security Administration's denial of benefits.  ECF No. 1.  Michael

Astrue, the Commissioner of the Social Security Administration ("Defendant"), answered on

October 1, 2008.  ECF No. 10.  Plaintiff and Defendant filed briefs supporting their positions on

December 15, 2008, and February 13, 2009, respectively.  ECF Nos. 15 & 17.

(1:08CV01480)

On July 10, 2009, the undersigned issued a Report and Recommendation.  ECF No. 18.

The undersigned recommended that the final decision of the Commissioner denying benefits be

reversed and remanded, pursuant to the Fourth Sentence of 42 U.S.C. § 405(g) with instructions

that, upon remand, the ALJ evaluate the extent of Michael Abdelshahid's bilateral hearing loss

and the effect of that hearing loss on his ability to function in a manner consistent with governing

regulations.  ECF No. 18.  Subsequently, Defendant filed objections to the Report and

Recommendation on July 24, 2009, ECF No. 19, to which Plaintiff responded on August 3, 2009.

ECF No. 20.  On September 22, 2009, Judge Economus adopted the Report and

Recommendation and thereby dismissed the case and remanded it to the Social Security

Administration.  ECF No. 21.

Plaintiff filed a motion for attorney fees pursuant to the EAJA on October 29, 2009.  ECF

No. 22.  On November 10, 2009, the parties filed a Joint Stipulation For Attorney Fees Pursuant

to the Equal Access to Justice Act.  ECF No. 24.   The parties stipulate to an award of attorney

fees in the amount of $2,000.00, pursuant to the EAJA, 28 U.S.C. § 2412 and, "that this amount

is appropriate for any and all claims Plaintiff may have under the EAJA in this civil action."

ECF No. 24 at 1.  Further, and "[i]n accordance with Plaintiff's written assignment to his

counsel, the award will be payable directly to Plaintiff's counsel."  ECF No. 24 at 1.

(1:08CV01480)

## II.  Recommendation

The EAJA provides:

[A] court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A).  The parties agree that an award of $2,000.00 in fees is appropriate

and the undersigned's review of the record reveals no basis for disagreement.

Therefore, the undersigned recommends granting the parties' Joint Stipulation For

Attorney Fees Pursuant to the Equal Access to Justice Act, ECF  No. 24, and issuing an order

awarding Plaintiff a total amount of $2,000.00 in attorney's fees which, in accordance with

Plaintiff's written assignment to his counsel, should be payable directly to Plaintiff's counsel.


  November 13, 2009                                          s/ *Benita Y. Pearson*
Date                                                     United States Magistrate Judge


## OBJECTIONS

Objections to this Report and Recommendation must be filed with the Clerk of Courts within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *see also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).