# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL ABDELSHAHID,** ) | **CASE NO.  1:08CV1480** |
| ) | |
| **PLAINTIFF,** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **V.** ) | |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | **MEMORANDUM OPINION** |
| **SECURITY,** ) | **AND ORDER** |
| ) | |
| **DEFENDANT.** ) | |

On November 2, 2009, this Court issued an order assigning this case to Magistrate Judge Benita Y. Pearson (Dkt. # 23) to determine Michael Abdelshahid's ("Plaintiff") Motion for Attorney Fees (Dkt. # 22).  On November 10, 2009, the parties filed a Joint Proposed Stipulation for Attorney Fees.  (Dkt. # 24).  On November 13, 2009, Magistrate Judge Pearson issued a Report and Recommendation, recommending that the Court **GRANT** Plaintiff attorney fees in the amount of $2,000.00.  (Dkt. # 25).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (14) days after service.  The parties have not filed any such objections. Therefore, the Court must assume that parties are satisfied with Magistrate Judge Pearson's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

1

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Pearson is hereby **ADOPTED**. (Dkt. # 25). Plaintiff's Motion for Attorney Fees is **GRANTED**. (Dkt. # 22). Accordingly, a fee award in the amount of $2,000.00 is **ORDERED** to be sent to Plaintiff's counsel, Marcia Margolius.

    **IT IS SO ORDERED**.

    **/s/ Peter C. Economus – December 8, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**